S03Y0899. IN THE MATTER OF R. SCOTT CUNNINGHAM.
(578 SE2d 892)

PER CURIAM.

This disciplinary matter is before the Court on Respondent R. Scott Cunningham's Petition for Voluntary Discipline, which was filed under Bar Rule 4-227 (b) (2) before a formal complaint was issued. In his petition, Cunningham admits violating Rule 1.15 (II) (b) of the Georgia Rules of Professional Conduct set forth in Bar Rule 4-102 (d). Although a violation of this rule is punishable by disbarment, Cunningham requests the imposition of a twelve-month suspension. The State Bar has no objection to the acceptance of Cunningham's petition.

Cunningham, who has been a member of the Bar since 1976, admits that during a period of time from November 2000 to June 2001, while holding $2,000 belonging to a client in his attorney trust account, he commingled client funds with his personal funds and permitted the balance of the account to fall below $2,000. Although Cunningham ultimately returned the $2,000 to his client, he admits his conduct violated Rule 1.15 (II) (b) and that, as a result, he is subject to disbarment. In mitigation of his actions Cunningham points out that he has cooperated fully with disciplinary authorities, although we note that he previously received a public reprimand in a prior disciplinary matter in 1993. Under the circumstances, however, we agree with the State Bar that a twelve-month suspension is the appropriate sanction. Accordingly, Cunningham is hereby suspended for a period of twelve months. He is reminded of his duties under Bar Rule 4-219 (c).

*Twelve-month suspension. All the Justices concur.*

DECIDED MARCH 27, 2003.

*William P. Smith III, General Counsel State Bar, K. Gene Chap-*

*man, Assistant General Counsel State Bar*, for State Bar of Georgia. *Laura R. Pardo*, for Cunningham.